FILED

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0063

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0063

_____

JOE LEE,

        Plaintiff and Appellant,

   v.

DEAN SKINNER,                                 O R D E R

        Defendant and Appellee.

CHRIS SKINNER,

        Defendant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Joe Lee, to all counsel of record, and to the Honorable David J. Grubich, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 30 2023